**L. Allison Herzog**
Direct Dial: +1.202.637.1066
Allison.Herzog@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

**LATHAM & WATKINS LLP**

July 18, 2023

**VIA ECF**

Lyle W. Cayce, Clerk of Court
Office of the Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

Re:   *Utah Retirement Systems v. McCollum*, No. 21-20312

Dear Mr. Cayce:

Pursuant to Fifth Circuit Rule 27.1.10, which permits the Clerk to act on this request, I write seeking permission to withdraw my appearance as counsel of record for Appellees in the above-captioned case.  I will be leaving my employment with Latham & Watkins LLP to begin a judicial clerkship on August 4, 2023.  The remaining counsel from Latham & Watkins LLP, Gray Reed & McGraw, L.L.P., and Porter Hedges, L.L.P. will continue to represent Appellees in this matter.

I therefore respectfully request that the docket be amended to reflect the withdrawal of my representation.  Please let me know if you or the Court need any additional information to act on this request.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ L. Allison Herzog*

L. Allison Herzog
of LATHAM & WATKINS LLP

cc:   All Counsel of Record via ECF